# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-02461-MSK-OES

LEPRINO FOODS COMPANY,

    Plaintiff,

v.

FELDMEIER EQUIPMENT, INC.,

    Defendant.

# ORDER RE:
# STIPULATION REGARDING PROTECTION OF CONFIDENTIAL INFORMATION

    THIS MATTER having come before the Court on the parties Stipulation Regarding Protection of Confidential Information, the Court having reviewed said motion, the file, and now being fully advised in the premises,

    HEREBY GRANTS the parties Stipulation Regarding Protection of Confidential Information and makes it an Order of this court.

    DONE AND SIGNED this 30th day of June, 2005.

                                       BY THE COURT:

                                       s/ O. Edward Schlatter

                                       O. Edward Schlatter
                                       U.S. Magistrate Judge