IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-02461-MSK-MEH

LEPRINO FOODS COMPANY,

    Plaintiff,

v.

FELDMEIER EQUIPMENT, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, May 23, 2006.**

    Based on the parties' representation that settlement has been reached in this case, Defendant's Motion to Compel Discovery [Filed April 24, 2006; Docket #95] is hereby **denied** as moot.